

RECEIVED
DEC 2 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| PEDRO SWEETING<br>A 74 899 538 | CIVIL ACTION NO. 07-1573 |
| VS. | JUDGE MELANÇON |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [doc. 9] be **GRANTED** and, that the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 27th day of December, 2007.

Tucker L. Melançon
United States District Judge

COPY SENT:
DATE: 12/27/07
BY: CW
TO: TLM
PS